# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAFAEL PINA, et al.,

Plaintiffs,

v.

TONY FELICIANO-RIVERA, et al.,

Defendants.

CIVIL NO. 11-2217 (GAG)

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case concerns a longstanding contract and copyright dispute between Plaintiffs Rafael Pina, World Management Latino Corp., and World Latin Music Corp. ("Pina") and Defendant Tony Feliciano-Rivera d/b/a Tony Dize ("Feliciano"). The parties entered into a settlement agreement and the Court granted Pina's request for a preliminary injunction to enforce the terms of the settlement. (Docket Nos. 95, 185.) Then, the Court ordered Feliciano to show cause as to why the preliminary injunction should not convert into a permanent injunction. (Docket No. 186.) Feliciano responded, moving to set aside the preliminary injunction. (Docket No. 189.) Pina filed an opposition. (Docket No. 216.)

Upon *de novo* review, the Court hereby **ADOPTS** the Report and Recommendation, **DENIES** Feliciano's motion to set aside the preliminary injunction, and **GRANTS** permanent injunctive relief.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of July, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge