# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAFAEL PINA, et al.,

Plaintiffs,

v.

TONY FELICIANO-RIVERA, et al.,

Defendants.

CIVIL NO. 11-2217 (GAG)

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case concerns a longstanding contract and copyright dispute between Plaintiffs Rafael Pina, World Management Latino Corp., and World Latin Music Corp. ("Pina") and Defendant Tony Feliciano-Rivera d/b/a Tony Dize ("Feliciano"). The parties entered into a settlement agreement. (Docket No. 95.) The Court then granted Pina's request for a preliminary injunction to enforce the terms of the settlement. (Docket No. 185.) Subsequently, Pina moved for a civil contempt order for Feliciano's violation of the preliminary injunction. (Docket Nos. 217.) Feliciano did not oppose the civil contempt motion or the Report and Recommendation.

Upon *de novo* review of the submissions of the parties and the Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation at Docket No. 227 and **GRANTS** Pina's motion to hold Feliciano in civil contempt of court at Docket No. 217. Feliciano is hereby **ORDERED** to pay Pina a compensatory fine of $42,500.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of July, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge